UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 03 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TIMOTHY DIETZ,<br><br>   Plaintiff - Appellant,<br><br> v.<br><br>QUALITY LOAN SERVICE CORP OF WASHINGTON; et al.,<br><br>   Defendants - Appellees. | No. 14-35462<br><br>D.C. No. 3:13-cv-05948-RJB<br>U.S. District Court for Western Washington, Tacoma<br><br>**MANDATE** |

The judgment of this Court, entered June 10, 2014, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

              FOR THE COURT:
              Molly C. Dwyer
              Clerk of Court

              Jessica F. Flores
              Deputy Clerk